IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL COLEMAN, | No. C-10-4675 TEH (PR) |
| Petitioner, | ORDER REOPENING CASE AND ISSUING AMENDED ORDER OF DISMISSAL |
| v. | |
| PAM AHLIN, Executive Director, Coalinga State Hospital, | |
| Respondent. | |

    Karl Coleman filed a <u>pro se</u> petition for writ of habeas corpus challenging his commitment to the California Department of Mental Health pursuant to California's Sexually Violent Predator Act, Cal. Welf. & Inst. Code § 6600 et seq ("SVPA").  On March 29, 2012, the Court issued an Order of Dismissal and a Judgment.  Petitioner appealed.  On October 7, 2013, the Ninth Circuit issued its opinion affirming this Court's dismissal, but vacated that part of the Order stating that dismissal was "without prejudice to refiling" only "after SVPA proceedings, including appeal, are completed."  The Ninth Circuit remanded for the Court to enter a "judgment of dismissal without prejudice, without any caveat or condition."  The Ninth Circuit's mandate issued on January 22, 2014.

Therefore, the Court orders that the Clerk of the Court re-open this case.

The Court amends the March 29, 2012 Order of Dismissal. The second paragraph on page 7 of the Order of Dismissal is amended to read, "Under the rationale of <u>Younger</u>, the petition is DISMISSED without prejudice."

The Clerk of the Court shall enter a separate Amended Judgment and then close the case.

IT IS SO ORDERED.

DATED   _03/11/2014_

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.10\Coleman-10-4675-reopen case.wpd

2